FILED
JUN 1 4 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 1:06cr146-MEF |
| v. | ) | [18 USC 922(g)(1)] |
| | ) | |
| ALEX TYRONE MCNAIR | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about March 23, 2006, in Coffee County, within the Middle District of Alabama,

ALEX TYRONE MCNAIR,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| December 27, 1994 | Circuit Court of Coffee County, Alabama | CC-91-358 | Assault Second Degree |
| November 16, 1995 | Circuit Court of Coffee County, Alabama | CC-94-341 | Possession of Cocaine |
| August 20, 1999 | Circuit Court of Coffee County, Alabama | CC-98-228 | Possession of Cocaine |
| December 15, 1998 | United States District Court for the Middle District of Alabama | CC-98-cr-74 | Possession With Intent to Distribute Cocaine Base |

did knowingly possess in and affecting commerce a firearm, to-wit: a Glock, Model 23, .40 Caliber handgun, Serial Number DBT566, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

ALEX TYRONE MCNAIR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Glock, Model 23, .40 Caliber Handgun, bearing serial number DBT566.**

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*John T. Harmon*
JOHN T. HARMON
Assistant United States Attorney

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney