| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: July 17, 2006 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:55 - 3:57 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr146-MEF | **DEFENDANT(S)** Alex Tyrone McNair |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | Michael Petersen sending in for Kevin Butler |

☐ **DISCOVERY STATUS:**
    Complete - no problems

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Plea notice to be filed on or before noon September 6, 2006

☐ **TRIAL STATUS**
    Likely trial - Trial time - 1-2 days

☐ **REMARKS:**