**COURTROOM DEPUTY'S MINUTES**               **DATE: August 21, 2006**

**MIDDLE DISTRICT OF ALABAMA**               **Digital Recording: 3:16 - 3:17**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:06cr146-MEF**           **DEFENDANT(S) Alex Tyrone McNair**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Tommie Hardwick | * | Kevin Butler |
| | * | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
   Complete


❒ **PENDING MOTION STATUS:**



❒ **PLEA STATUS:**
   Plea negotiations
   Notice of intent to change plea to be  filed on or before noon on September 6, 2006


❒ **TRIAL STATUS**
   Trial time - 1 ½ days



❒ **REMARKS:**