IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 1:06cr146-MEF |
| | ) | |
| ALEX TYRONE McNAIR | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Alex Tyrone McNair, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing. In support of this motion, the Defendant would show the following:

1. On August 29, 2006, pursuant to a negotiated plea agreement, Mr. McNair entered a plea of guilty to the Indictment filed in this case.

2. This matter is presently set for sentencing on November 20, 2006, before the Honorable W. Keith Watkins.

3. It is anticipated that during the next two weeks, Mr. McNair will cooperate with government officials in a pending investigation. Mr. McNair's cooperation will not be completed on or November 20, 2006.

4. As this Court will need to review the full extent of Mr. McNair's cooperation in determining the reasonable sentence pursuant to 18 U.S.C. § 3553, it is in the interest of justice to grant Mr. McNair additional time to complete the assistance he is providing the government. Therefore, there is good cause to continue sentencing. See Fed. R. Crim P. 32(a).

5.      The United States, through the Assistant United States Attorney, Tommie Hardwick, has no opposition to and concurrently requests this continuance.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from November 20, 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 1:06cr146-MEF |
| | ) | |
| **ALEX TYRONE McNAIR** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                              Respectfully submitted,

                                              s/ Kevin L. Butler
                                              KEVIN L. BUTLER
                                              First Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail: kevin_butler@fd.org
                                              AZ Bar Code: 014138