IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-146-WKW |
| | ) | |
| ALEX TYRONE MCNAIR | ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing filed by the defendant on November 15, 2006 (Doc. # 22), it is

ORDERED that the motion is GRANTED. Accordingly, the sentencing of the defendant be, and the same, is hereby RESCHEDULED from **November 20, 2006,** at 10:00 a.m. to **January 4, 2007,** at 10:00 a.m. in Courtroom 2E, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 17th day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE