IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 1:06cr146-WKW |
| ) | |
| **ALEX TYRONE McNAIR** ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Alex Tyrone McNair, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing. In support of this motion, the Defendant would show the following:

1. Pursuant to a negotiated plea agreement, Mr. McNair has entered a plea of guilty to the Indictment filed in this case.

2. This matter is presently set for sentencing on January 4, 2007, before the Honorable W. Keith Watkins.

3. Mr. McNair is cooperating with government officials in a pending criminal investigation. Mr. McNair's cooperation will not be completed on or before January 4, 2007.

4. As this Court will need to review the full extent of Mr. McNair's cooperation in determining the reasonable sentence pursuant to 18 U.S.C. § 3553, it is in the interest of justice to grant Mr. McNair additional time to complete the assistance he is providing the government. Therefore, there is good cause to continue sentencing. See Fed. R. Crim P. 32(a).

5. The United States, through the Assistant United States Attorney, Andrew Schiff, has no opposition to this requested continuance.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from January 4, 2007.

                                          Respectfully submitted,

                                          s/ Kevin L. Butler  
                                          KEVIN L. BUTLER  
                                          First Assistant Federal Defender  
                                          201 Monroe Street, Suite 407  
                                          Montgomery, Alabama 36104  
                                          Phone: (334) 834-2099  
                                          Fax: (334) 834-0353  
                                          E-mail: kevin_butler@fd.org  
                                          AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. No.: 1:06cr146-WKW |
| | ) |
| ALEX TYRONE McNAIR | ) |

## CERTIFICATE OF SERVICE

     I hereby certify that on December 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

           Respectfully submitted,

           s/ Kevin L. Butler
           KEVIN L. BUTLER
           First Assistant Federal Defender
           201 Monroe Street, Suite 407
           Montgomery, Alabama 36104
           Phone: (334) 834-2099
           Fax: (334) 834-0353
           E-mail: kevin_butler@fd.org
           AZ Bar Code: 014138