IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-146-WKW |
| | ) | (WO) |
| ALEX TYRONE MCNAIR | ) | |

# **O R D E R**

**ORDER**

It is ORDERED that the sentencing date in this matter is continued from January 4, 2007, to, March 6, 2007, at 10:00 a.m.

DONE this the 3rd day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE