IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:06cr146-WKW |
| ) | |
| ALEX TYRONE McNAIR ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the Defendant, Alex Tyrone McNair, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing. In support of this motion, the Defendant would show the following:

1. Mr. McNair has entered a plea of guilty to the Indictment filed in this case.

2. This matter is presently set for sentencing on March 6, 2007, before the Honorable W. Keith Watkins.

3. Mr. McNair is cooperating with government officials in a pending criminal investigation. Mr. McNair's cooperation will not be completed on or before March 6, 2007.

4. As this Court will need to review the full extent of Mr. McNair's cooperation in determining the reasonable sentence pursuant to 18 U.S.C. § 3553, it is in the interest of justice to grant Mr. McNair additional time to complete the assistance he is providing the government. Therefore, there is good cause to continue sentencing. See Fed. R. Crim P. 32(a).

5. The United States, through the Assistant United States Attorney, Tommie B. Hardwick, has no opposition to this requested continuance.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from the March 6, 2007 date.

>Respectfully submitted,
>
>s/ Kevin L. Butler
>KEVIN L. BUTLER
>First Assistant Federal Defender
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>E-mail: kevin_butler@fd.org
>AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 1:06cr146-WKW** |
| ) | |
| **ALEX TYRONE McNAIR** ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                      Respectfully submitted,

                                      s/ Kevin L. Butler
                                      KEVIN L. BUTLER
                                      First Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail: kevin_butler@fd.org
                                      AZ Bar Code: 014138