IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-146-WKW |
| | ) | (WO) |
| ALEX TYRONE MCNAIR | ) | |

**O R D E R**

On March 6, 2007, Defendant Alex Tyrone McNair filed a Motion to Continue Sentencing. (Doc. # 28.)  It is hereby ORDERED that the motion (Doc. # 28) is GRANTED.  The sentencing date in this matter is continued from March 6, 2007, to May 8, 2007, at 2:00 p.m.

DONE this 8th day of March, 2007.

      /s/   W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE