IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case. No. 1:06-cr-146-WKW |
| | ) | |
| ALEX TYRONE MCNAIR | ) | |

**O R D E R**

It is ORDERED that the time of the sentencing hearing in this matter is CONTINUED from 2:00 p.m. to **9:15 a.m. on May 8, 2007.**

DONE this 10th day of April, 2007.

                                        /s/  W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE