IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:06cr146-WKW |
| ) | |
| ALEX TYRONE McNAIR ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

  **COMES NOW** the Defendant, Alex Tyrone McNair, by and through undersigned counsel, Kevin L. Butler, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing. In support of this motion, the Defendant would show the following:

1.  Mr. McNair has entered a plea of guilty to the Indictment filed in this case.

2.  This matter is presently set for sentencing on May 8, 2007, before the Honorable W. Keith Watkins.

3.  As of the filing of this motion, Mr. McNair has successfully cooperated with government officials in a pending criminal investigation. However, Mr. McNair's cooperation will not be completed on or before May 8, 2007. In fact, it is anticipated the criminal investigation will not be completed until on or about October 2007.

4.  As this Court will need to review the full extent of Mr. McNair's cooperation in determining the reasonable sentence pursuant to 18 U.S.C. § 3553, it is in the interest of justice to grant Mr. McNair additional time to complete the assistance he is providing the government. Therefore, there is good cause to continue sentencing. See Fed. R. Crim P. 32(a).

5.  The United States, through the Assistant United States Attorney, A. Clark Morris, has no opposition to this requested continuance.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from the May 8, 2007 date until October of 2007.

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. No.: 1:06cr146-WKW |
| | ) |
| ALEX TYRONE McNAIR | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                              Respectfully submitted,

                                              s/ Kevin L. Butler
                                              KEVIN L. BUTLER
                                              First Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail: kevin_butler@fd.org
                                              AZ Bar Code: 014138