IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:06cr146-WKW |
| ) | |
| ALEX TYRONE MCNAIR ) | |

## **ORDER**

The defendant filed an Unopposed Motion to Continue Sentencing (Doc. # 31) on the grounds that he is cooperating with the Government in an ongoing investigation which is expected to last several months. It is ORDERED that the motion is GRANTED. The sentencing in this case is CONTINUED from May 8, 2007, to **October 9, 2007, at 9:00 a.m.**

DONE this 4th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE