IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case. No. 1:06-cr-0146-WKW |
| | ) | |
| ALEX TYRONE MCNAIR | ) | |

## **ORDER**

It is ORDERED that the sentencing hearing in this matter is continued to **11:00 a.m. on November 15, 2007.** Furthermore, upon conducting a personal interview with the defendant, the United States Probation Office is requested to provide the court with an updated Presentence Investigation Report prior to the hearing.

DONE this 10th day of October, 2007.

      /s/  W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE