915 4th Avenue West
Birmingham, AL 35204
November 5, 2007

Judge Watkins
Alabama Judicial System
300 Dexter Avenue
Montgomery, AL 36104

Dear Honorable Judge Watkins:

    I wish to apologize for my emotional state when I asked to address the court on October 9, 2007. I would also like to update you on my progress since being sentenced to the Aletheia House program 18 months ago by the Honorable Judge Thompson. I also wish to thank the Federal Judicial System for giving me the opportunity to prove that I can be a productive citizen when put around positive people in a positive environment.

    I am currently in the fourth stage of the Aletheia House program. At this point, I attend three classes a week, live in permanent housing, and participate in the outreach program where I speak to at-risk youth to convince them not to travel the paths that I took. Also, I pick up youth on Wednesdays and Sundays to take them to Bible study and Sunday services; I would like to help them find what I have found in God. I would like to continue to be a major part of my own kids' life to keep them from becoming a victim of the streets like I did in the past. If there is any alternative other than imprisonment, I am asking that it be granted to me.

    Your Honor, thank you for taking time out of your busy schedule to read my request.

Sincerely,

Alex McNair