IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cr-146-WKW |
| | ) | |
| ALEX TYRONE MCNAIR | ) | |

**ORDER**

It is ORDERED that the sentencing date in this matter is CONTINUED from November 15, 2007, to **November 20, 2007 at 2:00 p.m.**

DONE this 14th day of November, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE