# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant
## Under Pretrial Release Supervision

Name of Defendant: Alex Tyrone McNair                    Case Number:1:06cr146-WKW

Name of Releasing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Release: 06/28/2006

Original Offense: Unlawful Transport of Firearms

Type of Release: Bond supervision pending voluntary surrender

Date of Next Court Appearance: Voluntary surrender on January 8, 2008

Conditions of Release: firearms restriction; the defendant was ordered to reside at the Aletheia House in Birmingham, AL and to actively participate in drug treatment as required by the facility.

Assistant U.S. Attorney: Tommie Brown Hardwick                    Defense Attorney: Kevin L. Butler

## PETITIONING THE COURT

[X]      To issue a warrant
[ ]       To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition: "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. " | On December 24, 2007, the defendant was arrested by the University of Alabama Police Department in Birmingham, AL for Domestic Violence 3rd. The defendant was arrested after he punched his girlfriend, Gabrielle White, in the face and pulled her hair. The altercation occurred in the UAB hospital where his girlfriend had given birth to their child 24 hours earlier. |

Supervision history of defendant and actions taken by officer: The defendant was convicted of a controlled substance violation and sentenced to 65 months custody with 5 years supervised release on September 15, 1998 (docket number 1:98cr74-MHT). The defendant violated his supervised release for testing positive for cocaine on two occasions and was sentenced to 5 months custody with 24 months supervised release on August 26, 2004. The defendant again violated his second term of supervised release by committing a new offense, Unlawful Transport of a Firearm, and on May 26, 2006, was sentenced to 71 days custody with 30 months supervised release. The new offense is the same charge that resulted in him being on bond supervision. On November 20, 2007, Judge Watkins sentenced the defendant to 18 months custody with 36 months supervised release to follow. The defendant was given a voluntary surrender date of January 8, 2008. As a condition of his pretrial release and his supervised release, the defendant was required to reside at the Aletheia House in Birmingham, AL. Until his arrest, the defendant had resided as ordered by the Court and has had no violations.

U.S. Probation Officer Recommendation:

[X]     The term of release should be:
        [X]     revoked.

[ ]     The conditions of supervision should be modified as follows:


                        I declare under penalty of perjury that the foregoing is true and correct.


                        Executed on _____December 27, 2007_____


                                    /s/ Tamara C. Martin
                                    Tamara C. Martin
                                    United States Probation Officer




Reviewed and approved:   /s/ David Ron Thweatt
                         Supervisory U.S. Probation Officer




THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other




                                    _____
                                    Signature of Judicial Officer


                                    _____
                                    Date