IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr146-WKW |
| | ) | |
| ALEX TYRONE McNAIR | ) | |

## **ORDER**

Based on the representation of the defendant at a hearing on January 7, 2008 that he does not contest the Probation Officer's petition to revoke his bond, and that he wishes to begin serving his sentence on this date, it is

ORDERED that defendant's bond is REVOKED, and he is hereby remanded to the custody of the United States Marshal pending further proceedings.

DONE, this 7th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE