IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr146-WKW |
| | ) | |
| ALEX TYRONE MCNAIR | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 20th day of February, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/Nathan D. Stump
> NATHAN D. STUMP
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr146-WKW |
| | ) | |
| ALEX TYRONE MCNAIR | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Butler, Esq.

        Respectfully submitted,

        /s/Nathan D. Stump
        NATHAN D. STUMP
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: nathan.stump@usdoj.gov